AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-0014 |
| DODGE DALE HELLONEN | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| | ) Assign. Date 1/17/2023 |
| | ) Description: Complaint with Arrest Warrant |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DODGE DALE HELLONEN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 01/17/2023

*Issuing officer's signature*

Zia M. Faruqui
2023.01.17 16:39:40 -05'00'

City and state: Washington, D.C.          ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/17/2023, and the person was arrested on *(date)* 1/18/2023
at *(city and state)* JACKSONVILLE, NC.

Date: 1/18/2023

*Arresting officer's signature*

TFO JAMES E. STEPHENS
*Printed name and title*