IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DODGE DALE HELLONEN | NO. 1:23-MJ-14-ZMF-3 |

**NOTICE OF APPEARANCE**

Pursuant to Local Criminal Rule 44.5, the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above-named defendant in this criminal case.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

JOSEPH H. HUYNH
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708

by electronically filing the foregoing with the Clerk of Court on January 27, 2023, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 27th day of January, 2023.

G. ALAN DuBOIS
Federal Public Defender

*/s/ Halerie M. Costello*
HALERIE M. COSTELLO
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477

E-mail: Halerie_Costello@fd.org
N.C. State Bar No. 43030
LR 57.1 Counsel Appointed
