IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DODGE DALE HELLONEN

NO. 1:23-MJ-14-ZMF-3

**NOTICE OF FILING**

Now comes the undersigned, counsel for defendant Dodge Hellonen, and files the attached declaration as Exhibit A, which confirms that the defendant has accepted and agrees to the terms of the protective order filed at Docket Entry 18 in the above-captioned case.

Respectfully submitted this 17th day of February, 2023.

G. ALAN DuBOIS
Federal Public Defender

*/s/ Halerie M. Costello*
HALERIE M. COSTELLO
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Halerie_Costello@fd.org
N.C. State Bar No. 43030
LR 57.1 Counsel Appointed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

JOSEPH H. HUYNH
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708

by electronically filing the foregoing with the Clerk of Court on February 17, 2023, using the

CM/ECF system which will send notification of such filing to the above.

This the 17th day of February, 2023.

>          /s/ Halerie M. Costello
> HALERIE M. COSTELLO
> Assistant Federal Public Defender
> Attorney for Defendant
> Office of the Federal Public Defender
> 150 Fayetteville Street, Suite 450
> Raleigh, North Carolina 27601
> Telephone: 919-856-4236
> Fax: 919-856-4477
> E-mail: halerie_costello@fd.org
> N.C. State Bar No. 43030
> LR 57.1 Counsel, Appointed

## ATTACHMENT A

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

20230213
Date

*[signature: Jorge Hellena]*
Defendant